UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
CAPITOL RECORDS, LLC., a Delaware limited :
liability corporation, : ECF Case
 :
     Plaintiff, : **Rule 7.1 Statement**
 :
   - v - :  08-cv-4501 (WHP)
 :
DAEDALUS BOOKS, INC., a Maryland corporation, :
 :
     Defendant. :
---------------------------------------------------------------- X

## RULE 7.1 STATEMENT

   Pursuant to Federal Rule of Civil Procedure 7.1 and to enable Judges and Magistrate

Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

Capitol Records, LLC (a non-governmental party) certifies that it is ultimately owned by Maltby

Capital Limited, which is not publicly traded.


Dated: New York, New York
   May 2, 2008

         CAPITOL RECORDS, LLC


        By: /s/_____
         Matthew J. Oppenheim (MO1313)
         The Oppenheim Group
         Attorney for Plaintiff

         7304 River Falls Drive
         Potomac, MD  20854
         301-299-4986
         866-766-1678 (fax)

         matt@oppenheimgroup.net