# LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.

WASHINGTON, D.C.      NEW YORK      PHILADELPHIA      DENVER

1050 SEVENTEENTH STREET, N.W.
SUITE 800
WASHINGTON, D.C. 20036
(202) 508-1100 PHONE
(202) 861-9888 FAX
www.lskslaw.com

WRITER'S DIRECT DIAL
(202) 508-1122
sberlin@lskslaw.com

June 17, 2008



**VIA FIRST CLASS MAIL**

The Honorable William H. Pauley III
U.S. District Court, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
Room 2210
New York, New York 10007

Re:   *Capitol Records, LLC v. Daedalus Books, Inc.*, 1:08-cv-4501
      Request for Extension on Response to Complaint

Dear Judge Pauley:

We represent defendant Daedalus Books, Inc. in this matter. Pursuant to Rule 1.E of Your Honor's Individual Practices, Daedalus respectfully requests an extension of time to answer or otherwise respond to the Complaint until July 30, 2008. On behalf of the defendant, we agreed to accept service of the Complaint as of June 13, 2008, making the original response deadline July 3, 2008. Defendant requests this extension in order to permit counsel additional time to review the Complaint, to complete an investigation and to prepare a response. In addition, the parties intend to use the additional time to explore the possibility of settlement. Defendant has not requested any previous extensions and plaintiff Capitol Records, LLC has, through counsel, consented to this extension. Finally, to defendant's knowledge, no scheduling order has been issued in this case, thus the requested extension will not affect any other scheduled dates.

Respectfully submitted,

LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.

By _____
Seth D. Berlin (SB-7978)

*Application granted.*

WILLIAM H. PAULEY III U.S.D.J.
6/26/2008

cc:   Matthew J. Oppenheim, Esq.