# LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.

WASHINGTON, D.C.      NEW YORK      PHILADELPHIA      DENVER

1050 SEVENTEENTH STREET, N.W.
SUITE 800
WASHINGTON, D.C. 20036
(202) 508-1100 PHONE
(202) 861-9888 FAX
www.lskslaw.com

WRITER'S DIRECT DIAL
(202) 508-1122
sberlin@lskslaw.com

July 16, 2008

**VIA FEDERAL EXPRESS**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/22/2008



JUL 1_ 2008

CHAMBERS OF
WILLIAM H. PAULEY
U.S.D.J.

The Honorable William H. Pauley III
U.S. District Court, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
Room 2210
New York, New York 10007

Re:   *Capitol Records, LLC v. Daedalus Books, Inc.*, 1:08-cv-4501
      Request for Extension on Response to Complaint

Dear Judge Pauley:

We represent defendant Daedalus Books, Inc. With authorization from counsel for plaintiff Capitol Records, LLC, the parties write to respectfully request that the time for defendant to answer or otherwise file a responsive pleading be extended from July 30, 2008, the current deadline, until August 29, 2008. There has been one prior extension granted in this case, which extended the time for defendant to answer or respond to the Complaint by approximately three weeks, from July 3rd to July 30th. The parties have diligently been exploring a negotiated resolution of this action, and they would like to continue those efforts prior to defendant's having to file an answer or motion. The Court has set an initial pretrial conference for September 29, 2008 at 12:45 p.m. We do not expect the requested extension to affect this or any other scheduled dates. Thank you for your consideration of this request.

*Application granted.*
SO ORDERED:

_____
WILLIAM H. PAULEY III U.S.D.J.
7/21/2008

Respectfully submitted,

LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.

By _____
Seth D. Berlin (SB-7978)

cc:   Matthew J. Oppenheim, Esq.
      (via electronic mail)