

# The Oppenheim Group

Matthew J. Oppenheim, Esq.

7304 River Falls Drive, Potomac, MD 20854
301-299-4986 | 866-766-1678 fax
matt@oppenheimgroup.net



August 12, 2008

By US Mail

The Honorable William H. Pauley III
U. S. District Court, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2210
New York, NY 10007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/22/08

Re:    *Capitol Records, LLC v. Daedalus Books, Inc.*, 1:08-cv-4501
       Request to Adjourn September 29, 2008 Initial Pretrial Conference

Dear Judge Pauley;

I represent Plaintiff Capitol Records, LLC in the above referenced matter. I am writing on behalf of both Plaintiff and Defendant to ask the Court to adjourn the initial pretrial conference currently scheduled for September 29, 2008. The Jewish holiday of Rosh Hashanah begins at sundown on September 29. Counsel for both Plaintiff and Defendant observe the holiday and need to be in Washington, DC with their families that afternoon. Accordingly, both parties would ask to have the hearing adjourned for another date. I would be available on October 3, 2008 or other dates at the Court's convenience. I am uncertain regarding the availability of Defense counsel insofar as he is on vacation at present.

Sincerely,

Matthew J. Oppenheim

cc: Seth Berlin, Esq. (counsel for Defendant)

*Application granted. The initial pre-trial conference will be held October 10, 2008, at 12:30 pm.*

SO ORDERED:

WILLIAM H. PAULEY III U.S.D.J.
8/22/08