# LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.

WASHINGTON, D.C.      NEW YORK      PHILADELPHIA      DENVER

1050 SEVENTEENTH STREET, N.W.
SUITE 800
WASHINGTON, D.C. 20036
(202) 508-1100 PHONE
(202) 861-9888 FAX
www.lskslaw.com

WRITER'S DIRECT DIAL
(202) 508-1122
sberlin@lskslaw.com

August 27, 2008

**VIA FACSIMILE 212-805-6390 (With Permission)**

The Honorable William H. Pauley III
U.S. District Court, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
Room 2210
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/30/08
```

Re:  *Capitol Records, LLC v. Daedalus Books, Inc.*, 1:08-cv-4501
     Request for Extension on Response to Complaint

Dear Judge Pauley:

We represent defendant Daedalus Books, Inc. With authorization from counsel for plaintiff Capitol Records, LLC, the parties write to jointly request that the time for defendant to answer or otherwise file a responsive pleading be extended from August 29, 2008, the current deadline, until September 19, 2008. There have been two prior extension granted in this case, which extended the time for defendant to answer or respond to the Complaint, first from July 3rd to July 30th and then from July 30th until August 29th. The parties have diligently been exploring a negotiated resolution of this action, and they believe that they are close to reaching a mutually acceptable compromise. Under those circumstances, the parties would like to avoid the expense of having to file an answer or motion and the corresponding response. The Court recently adjourned the initial pretrial conference from September 29, 2008 to October 10, 2007. We do not expect the requested extension to affect this or any other scheduled dates. Thank you for your consideration of this request.

Respectfully submitted,

LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.

By _____
   Seth D. Berlin (SB-7978)

cc:  Matthew J. Oppenheim, Esq.
     (via electronic mail)

Application granted.

SO ORDERED:

_____
WILLIAM H. PAULEY III U.S.D.J.
8/29/2008